UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINGLING FAN,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA UNIVERSITY - SILICON VALLEY, et al.,<br><br>   Defendants. | Case No. 25-cv-07860-VKD<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE** |

On November 3, 2025, the Court issued an order screening Ms. Fan's complaint, staying service of process, and giving Ms. Fan leave to file an amended complaint by November 21, 2025. Dkt. No. 15. The order stated that "[i]f Ms. Fan does not file an amended complaint in time, or if the amended complaint fails to cure all defects described above, the Court may issue an order reassigning the case to a district judge with a recommendation that the complaint be dismissed in whole or in part." *Id*. at 6.

The November 21, 2025 deadline has passed, and the docket indicates that Ms. Fan has not filed an amended complaint.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-33 (1962). By **December 31, 2025**, Ms. Fan shall file a written response to this order explaining why this action should not be dismissed for her failure to prosecute this case. If Ms. Fan does not respond to this order by the December 31, 2025 deadline, the Court will issue an order reassigning this action to a district judge with a recommendation that the complaint be dismissed without prejudice for failure to prosecute.

1  In view of the current posture of these proceedings, the December 16, 2025 initial case
2  management conference is taken off calendar.
3  **IT IS SO ORDERED.**
4  Dated: December 8, 2025

Virginia K. DeMarchi
United States Magistrate Judge